# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSCENIA D. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-00297-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 12) |

　　　On December 23, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from January 2, 2023, to March 3, 2023. (ECF No. 12.) The Court finds good cause to grant the first requested extension.

　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　1.　　The stipulated motion is GRANTED; and

　　　2.　　Plaintiff shall file an opening brief on or before March 3, 2023.

IT IS SO ORDERED.

Dated:　**December 27, 2022**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1