# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSCENIA D. PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00297-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 8, 15) |

　　　　On April 13, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 15.) The parties seek a sixteen-day extension of time to file Defendant's opposition to Plaintiff's motion for summary judgment from April 17, 2023, to May 3, 2023. This is the parties' first request for an extension. The parties proffer good cause exists because counsel has been dealing with some health concerns that have caused delays in her workload and she has multiple briefs due in different jurisdictions over the next few weeks. The Court is satisfied that good cause exists to grant the requested extension.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The parties' stipulated motion to modify the schedule (ECF No. 15) is GRANTED;

　　　　2.　　　　Defendant shall have until **May 3, 2023**, to respond to Plaintiff's motion for

1

summary judgment; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**April 13, 2023**__

UNITED STATES MAGISTRATE JUDGE